■ DeGraff Memorial Hospital, Appellant, v Changi Yang et al., Respondents. (Appeal No. 2.) —Order unanimously affirmed without costs. Same memorandum as in *Facklam v Rosner* ([appeal No. 1] 145 AD2d 955 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Gossel, J.—summary judgment.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.